**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 11 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT DAVIS FORNEY | Criminal Indictment<br><br>No. 1:25CR0273<br><br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

### Introduction

At all times material to this indictment:

1. The defendant, Robert Davis Forney, was present in Duluth, Georgia.

2. Rafael "Ted" Cruz was a U.S. Senator representing Texas.

3. Debra "Deb" Fischer was a U.S. Senator representing Nebraska.

### Count One

4. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 and 2 of this Indictment as if fully set forth herein.

5. On or about January 9, 2025, in the Northern District of Georgia and elsewhere, the defendant, ROBERT DAVIS FORNEY, consciously disregarding a substantial risk that his communications would be viewed as threatening violence, knowingly transmitted communications in interstate and foreign commerce that contained threats to injure U.S. Senator Rafael "Ted" Cruz and his

child, that is, two voicemail messages to Senator Cruz's office in Texas threatening sexual violence, all in violation of Title 18, United States Code, Section 875(c).

## Count Two

6. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 and 3 of this Indictment as if fully set forth herein.

7. On or about January 10, 2025, in the Northern District of Georgia and elsewhere, the defendant, ROBERT DAVIS FORNEY, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained a threat to injure U.S. Senator Debra "Deb" Fischer, that is, a voicemail message to Senator Fischer's office threatening sexual violence, all in violation of Title 18, United States Code, Section 875(c).

A ___TRUE___ BILL

___/s/___
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

*/s/*
BRET R. HOBSON
*Assistant United States Attorney*
Georgia Bar No. 882520

*[signature]*
BRENT ALAN GRAY
*Assistant United States Attorney*
Georgia Bar No. 155089

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181