U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 1 1 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2025R00211)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: 

DISTRICT COURT NO.  **1:25 CR 0273**
UNDER SEAL

MAGISTRATE CASE NO.

X Indictment          Information                    Magistrate's Complaint
DATE: June 10, 2025   DATE:                          DATE:

**UNITED STATES OF AMERICA**
**vs.**
**ROBERT DAVIS FORNEY**

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?    X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?    Yes   X No

Will the defendant require an interpreter?    Yes   X No

District Judge:

Attorney: Bret H. Hobson
Attorney: Brent Alan Gray
Defense Attorney: